PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DALE A. KORNBAU, *et al.*, ) | |
| ) | CASE NO. 4:11CV02630 |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| FRITO LAY NORTH AMERICA, INC., ) | |
| ) | |
| Defendant. ) | **JUDGMENT ENTRY** |

For the reasons provided in the contemporaneously filed Memorandum of Opinion and Order, the Court grants Defendant Frito Lay's Motion to Dismiss, ECF No. 57.  The case is closed.

IT IS SO ORDERED.

| | |
|---|---|
|  August 30, 2012  |  */s/ Benita Y. Pearson*  |
| Date | Benita Y. Pearson |
| | United States District Judge |